# United States District Court
## Violation Notice

CVB Location Code: **EW-71**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4931269 | L. Brazington | 3699 |

4931269

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): **1750  4/13/2015**
Offense Charged: ☐ CFR  ☒ USC  ☐ State Code
**Title 18 USC Sec 13 RCW 46.20.342(c)**

Place of Offense: **VA Medical Center, 4815 N. Assembly Street, Spokane WA 99205**

HAZMAT ☐

Offense Description; Factual Basis for Charge:
**Driving While License Suspended (DWLS) 3RD**

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Johnson | Mark | A |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| DH9K4J | MO | 1998 | Ford Explorer | | Red |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **April 13, 2015** while exercising my duties as a law enforcement officer in the **Eastern** District of **Washington**

**See attachment.**

**For additional information reference IR# 20150413 1750-7467**

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **04/13/2015**  [signature] L.M.B.
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident